HAMILTON COUNTY, PLAINTIFF IN ERROR, V. RABEN & MYERS, DEFENDANTS IN ERROR.

**Non-resident Pauper:** COUNTY NOT LIABLE FOR MEDICAL SERVICES. A non-resident became sick in Aurora, the county seat of Hamilton county. He had neither money nor property with which to procure medical aid. A druggist furnished medicine upon the order of a physician who attended him in his sickness. No application was made to the overseer of the poor, nor to the county board, for aid, and the medicine was furnished without any solicitation or direction from any person having authority to create an indebtedness against the county. In an action against the county upon an account for the medicine furnished, it was *Held*, That there was no legal liability against the county.

REESE, CH. J.

This action was against Hamilton county upon an account for medicine furnished one J. M. Immel, a non-resident, who became sick in Aurora, and was without means to procure the same. In all other respects the case is similar to *Hamilton County v. T. L. Meyers, ante* p. 718. The decision in that case is decisive of this.

The judgment of the district court is reversed, the demurrer overruled, and the cause is remanded for further proceedings.

REVERSED AND REMANDED.

THE other judges concur.